B3A (Official Form 3A) (12/07)

# United States Bankruptcy Court
## Western District of Michigan

In re  John M. Ulmer, II
       Deborah Kay Ulmer
                                    Debtor(s)

Case No. 10-07426

Chapter 13

## APPLICATION TO PAY FILING FEE IN INSTALLMENTS

1. In accordance with Fed. R. Bankr. P. 1006, I apply for permission to pay the Filing Fee amounting to $ **274.00** in installments.

2. I am unable to pay the filing fee except in installments.

3. Until the filing fee is paid in full, I will not make any additional payments or transfer any additional property to an attorney or any other person for services in connection with this case.

4. I propose the following terms for the payment of the Filing Fee.*

   $ **30.00** Check one   ■ With the filing of the petition, or
                           ☐ On or before _____

   $ _____ on or before _____ (X) or, balance to be paid through plan by Chapter 13 Trustee.

   $ _____ on or before _____

   $ _____ on or before _____

* The number of installments proposed shall not exceed four (4), and the final installment shall be payable not later than 120 days after filing the petition. For cause shown, the court may extend the time of any installment, provided the last installment is paid not later than 180 days after filing the petition. Fed. R. Bankr. P. 1006(b)(2).

5. I understand that if I fail to pay any installment when due, my bankruptcy case may be dismissed and I may not receive a discharge of my debts.

Date **June 11, 2010**                          Signature **/s/ John M. Ulmer, II**
                                                          John M. Ulmer, II
**/s/ Roger G. Cotner**                                   Debtor
Attorney for Debtor(s)
Roger G. Cotner P36569
Cotner Law Office
220 Franklin Avenue
PO Box 838
Grand Haven, MI 49417-0838               Signature **/s/ Deborah Kay Ulmer**
616-846-7153                                      Deborah Kay Ulmer
Fax: 616-846-5368                                 Joint Debtor
cotner@chartermi.net

B3A (Official Form 3A) (12/07) - Cont.

# United States Bankruptcy Court
## Western District of Michigan

In re   John M. Ulmer, II
       Deborah Kay Ulmer

Case No. 10-07426

Debtor(s)

Chapter 13

## ORDER APPROVING PAYMENT OF FILING FEE IN INSTALLMENTS

☑   IT IS ORDERED that the debtor(s) may pay the filing fee in installments on the terms proposed in the foregoing application.

☐   IT IS ORDERED that the debtor(s) shall pay the filing fee according to the following terms:

$ _____ Check one    ☐ With the filing of the petition, or
                          ☐ On or before _____

$ _____ on or before _____

$ _____ on or before _____

$ _____ on or before _____

☐   IT IS FURTHER ORDERED that until the filing fee is paid in full the debtor(s) shall not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

BY THE COURT

Date 6/14/10

United States Bankruptcy Judge

# CERTIFICATE OF NOTICE

```
District/off: 0646-1          User: lupe              Page 1 of 1           Date Rcvd: Jun 14, 2010
Case: 10-07426               Form ID: pdf031         Total Noticed: 1

The following entities were noticed by first class mail on Jun 16, 2010.
db/db        +John M. Ulmer, II,   Deborah Kay Ulmer,   710 Ross Rd,   Muskegon, MI 49441-4960

The following entities were noticed by electronic transmission.
NONE.                                                                                      TOTAL: 0
             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 16, 2010**                    Signature:    *Joseph Speetjens*